(109 So. 762)

### Troy WATTS v. STATE. (6 Div. 997.)

(Court of Appeals of Alabama. June 8, 1926.
Rehearing Denied Aug. 31, 1926.)

Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

Wright & Clark, of Tuscaloosa, for appellant.
Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.

━━━━━━━━━━

⬤═For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Certiorari denied by Supreme Court in Watts v. State, 109 So. 762.

SAMFORD, J. The only question presented by this record is as to whether the county court of Tuscaloosa county was abolished upon the adoption of section 3800 of the Code of 1923, and it is conceded that this question has been passed upon by this court in Taylor v. State, 105 So. 915.[1] We adhere to the ruling in the Taylor Case, supra, and upon authority of that case the judgment is affirmed.

Affirmed.

